UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2004 AUG 2 AM 9 31
CLERK
BY
DEPUTY CLERK

SCOTT TRAUDT )
 )
v. ) CIVIL ACTION NO. 1:04-CV-53
 )
DAIMLERCHRYSLER )
MOTORS COMPANY, LLC, )
PERFORMANCE MARKETING, )
INC., DAVID CICOTTE, )
MECHANICS JOHN DOES 1-4 )

## ANSWER OF DAIMLERCHRYSLER

### First Defense

Defendant DaimlerChrysler Corporation (erroneously named in the caption) ("DaimlerChrysler") responds to the allegations of the First Amended Complaint as follows:

All allegations of the first unnumbered paragraphs are denied.

### Plaintiff

1. DaimlerChrysler does not currently have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of paragraph 1 and denies the allegations on that basis (hereinafter "Insufficient information").

### Defendants

2. Admitted that DaimlerChrysler markets Dodge Dakotas and Durango. Otherwise denied.

3-5. Insufficient information.

6-9. Legal Arguments, not statements of fact; no answer required. Alternatively, denied (hereinafter "Legal Argument.")

10. Denied.

PIERSON WADHAMS
JINN YATES & COFFRIN
LAW OFFICES
53 SOUTH UNION STREET
BURLINGTON, VERMONT
05401

11. Denied.

12. Legal Argument.

### Facts

13. Admitted.

14. Insufficient information.

15. Legal Argument.

16. Admitted.

17. 2003 Dodge Dakotas were sold with express limited warranties. Otherwise, Legal Argument.

18-21. Denied.

22-37. Insufficient information.

38. First sentence: Legal Argument. Second sentence: Denied.

39-41. Denied.

42-43. Legal Argument.

44-45. Denied.

46-48. Insufficient information.

49. Denied.

### Count I: Gross Negligence

50. DaimlerChrysler repeats and incorporates its responses to paragraphs 12-49.

51-55. Denied.

### Count II: Breach of Implied Warranty

56. DaimlerChrysler repeats and incorporates its responses to paragraphs 12-49.

57. Legal Argument.

PIERSON WADHAMS
INN YATES & COFFRIN
LAW OFFICES
3 SOUTH UNION STREET
URLINGTON, VERMONT
05401

58-59.  Insufficient information.

60.     Admitted.

61-62.  Insufficient information.

63.     Legal Argument.

64.     Denied.

### Count III: Breach of Express Warranty

65.     DaimlerChrysler repeats and incorporates its responses to paragraphs 12-49.

66-67.  Legal Argument.

68.     Denied.

### Count IV: Negligence

69.     DaimlerChrysler repeats and incorporates its responses to paragraphs 12-49.

70-73.  The allegations of these paragraphs do not appear to be made against DaimlerChrysler, so no answer required. Alternatively, Insufficient information.

74.     Denied.

### Count V: RICO/Performance

75.     DaimlerChrysler repeats and incorporates its responses to paragraphs 12-49.

76-79.  The allegations of these paragraphs do not appear to be made against DaimlerChrysler, so no answer required. Alternatively, Insufficient information.

### Count VI: RICO/Cicotte

80.     DaimlerChrysler repeats and incorporates its responses to paragraphs 12-49.

81-83.  The allegations of these paragraphs do not appear to be made against DaimlerChrysler, so no answer required. Alternatively, Insufficient information.

### Second Defense

PIERSON WADHAMS
INN YATES & COFFRIN
LAW OFFICES
3 SOUTH UNION STREET
URLINGTON, VERMONT
05401

The amended Complaint fails to state a claim against DaimlerChrysler within the jurisdiction of the United States District Court.

### Third Defense

Plaintiff lacks standing to seek injunctive relief against DaimlerChrysler.

### Fourth Defense

The Amended Complaint fails to state a claim for injunctive relief against DaimlerChrysler.

### Fifth Defense

The Amended Complaint fails to state a claim for attorney fees.

### Sixth Defense

The Amended Complaint fails to state a claim for punitive damages.

WHEREFORE, DaimlerChrysler demands judgment in its favor, together with taxable costs.

Dated: July 30, 2004.

                        PIERSON WADHAMS QUINN YATES & COFFRIN
                        Attorney for Defendant DaimlerChrysler

                        By: _____
                                William H. Quinn, Esq.

cc:    Scott Traudt, *Pro Se*
        John Paul Faignant, Esq.

PIERSON WADHAMS
QUINN YATES & COFFRIN
LAW OFFICES
SOUTH UNION STREET
BURLINGTON, VERMONT
05401

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| SCOTT TRAUDT | )<br>)<br>) |
| v. | )<br>)   CIVIL ACTION NO.: 1:04-CV-53 |
| DAIMLERCHRYSLER<br>MOTORS COMPANY, LLC,<br>PERFORMANCE MARKETING,<br>INC., DAVID CICOTTE,<br>MECHANICS JOHN DOES 1-4 | )<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

On July 30 2004, the undersigned caused to be served a copy of *Answer of DaimlerChrysler* upon the following persons by depositing a copy of same in the United States Mail, postage prepaid:

Scott Traudt, *Pro Se*  
191 Kibling Hill Road  
Strafford, VT 05072

John Paul Faignant, Esq.  
Miller Faignant & Behrens  
P.O. Box 6688  
Rutland, VT 05702-1509

Date: July 30, 2004.

PIERSON WADHAMS QUINN YATES & COFFRIN  
Attorneys for Defendant DaimlerChrysler

By: _____  
William H. Quinn, Esq.

PIERSON WADHAMS
QUINN YATES & COFFRIN
LAW OFFICES
SOUTH UNION STREET
BURLINGTON, VERMONT
05401