UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2004 OCT 25 PM 1 00

CLERK
BY _____
DEPUTY CLERK

Dated: October 25, 2004

RE: 1:04-cv-00053 Traudt v. Daimler-Chrysler Mtr

Dear Counsel:

   Pursuant to Local Rule 16.3 regarding Early Neutral Evaluation, I am transmitting to you the names of the following potential evaluators for the above referenced case. It is intended that all parties try to agree upon one evaluator.

Hon. Hilton H. Dier, Jr., Middlebury
Robert Hemley, Burlington
Thomas McCormick, Burlington

   If parties cannot stipulate to one of the above evaluators, then pursuant to Rule 16.3(e)(1), each "side" may, but need not, strike the name of one potential evaluator. Parties also have the option, pursuant to Rule 16.3(d)(3), of stipulating to an evaluator of their own choosing.

   Whichever method is used, please note that you are required to report your response to me within ten days of the date of this letter.

Please call me at the number below if you have any questions.

Lisa Wright
ENE Administrator
802-951-6395 x116

Copies to:
Counsel of record
Pro Se Parties